**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVER CITY PHARMA, LLC<br><br>Defendant. | Case No. 1:16-cv-00509-TSB<br><br>Judge Timothy S. Black |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff ARcare d/b/a Parkin Drug Store ("Plaintiff") hereby provides notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it voluntarily dismisses all of its claims against Defendant River City Pharma, LLC, without prejudice.

DATED: May 17, 2016  Respectfully submitted,

By: /s/ Matthew R. Wilson

Matthew R. Wilson (Ohio Bar No. 0072925)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio Bar No. 0091162)
Email: mboyle@meyerwilson.com
**MEYER WILSON CO., LPA**
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Randall K. Pulliam, Esq. (admitted *pro hac vice*)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff*